**SHAKOURI LAW FIRM**
Ashkan Shakouri, Esq. (BAR NO. 242072)
11601 Wilshire Blvd., Fifth Floor
Los Angeles, California 90025
Telephone: (310) 575-1827
Facsimile: (310) 575-1890

*Attorneys for Plaintiffs*
*Manuel Tobar & Christopher Heard*

**WINSTON & STRAWN LLP**
LAURA R. PETROFF (BAR NO. 123215)
EMILIE C. WOODHEAD (BAR NO. 240464)
JASON S. CAMPBELL (BAR NO. 285044)
333 S. Grand Avenue
Los Angeles, CA 90071-1543
Telephone:  (213) 615-1700
Facsimile:   (213) 615-1750

*Attorneys for Defendant SunPower Corporation*

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MANUEL TOBAR, an individual; CHRISTOPHER HEARD, an individual, on behalf of themselves and all other similarly situated<br><br>PLAINTIFFS,<br><br>vs.<br><br>SUNPOWER CORPORATION, a Delaware corporation; and DOES 1-20, inclusive,<br><br>DEFENDANT. | **Case No. 19-CV-2328-DSF-SK**<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE 23(e) AND 41(a)(2)**<br><br>Complaint Served: April 15, 2019 |

Plaintiffs Manual Tobar and Christopher Heard and Defendant SunPower Corporation, by and through their counsel of record, stipulate to dismiss this action with prejudice, following the Kern County Superior Court's final approval of a settlement encompassing the Plaintiffs, class/collective, and claims at issue here. In support of this stipulation, the Parties provide the following background:

1. **The *Sanchez I* Action.** On October 9, 2018, Plaintiff Edgar Sanchez filed a class action complaint against Defendant in the Superior Court for the State of California, County of Kern, entitled *Sanchez et al. v. Sunpower Corp. et al.*, Case No. BCV-18-102563 ("*Sanchez I*"). Sanchez sought to represent all persons employed by Defendant within the State of California in hourly-paid or non-exempt positions at any time during the period from four years preceding the filing of the Complaint to final judgment. Sanchez alleged causes of action for: (1) violation of California Labor Code §§ 510 and 1198 (unpaid overtime); (2) violation of California Labor 226.7 and 512(a) (unpaid meal period premiums); (3) violation of California Labor Code § 226.7 (unpaid rest period premiums); (4) violation of California Labor Code §§ 1194,1197, and 1197.1(unpaid minimum wages); (5) violation of California Labor Code §§ 201 and202 (final wages not timely paid); (6) violation of California Labor Code § 226(a) (noncompliant wage statements); (7) violation of California Labor Code §§ 2800 and 2802 (unreimbursed business expenses); and (8) violation of California Business & Professions Code § 17200, et seq.

2. ***Sanchez II.*** On December 19, 2018, Sanchez filed a Private Attorneys General Act ("PAGA") action against Sunpower in Kern County Superior Court, Case No. BCV-18-103738 ("*Sanchez II*").

3. **This Action.** On March 27, 2019, Tobar and Heard filed this Rule 23 class and FLSA collective action against SunPower ("*Tobar*") (*Sanchez I*, *Sanchez II*, and *Tobar* are collectively the "Actions"). Tobar and Heard sought to represent

all individuals who worked, or currently work, for Defendant in the field in the United States, including California. Tobar and Heard alleged causes of action for: (1) violation of the Fair Labor Standards Act; (2) failure to pay overtime; (3) failure to pay for all hours worked; (4) failure to allow rest periods; (5) failure to allow meal periods; (6) waiting time penalties; (7) failure to provide accurate wage statements; (8) unfair business practices; (9) failure to pay minimum wage; and (10) failure to reimburse for business expenses. Tobar and Heard later added a cause of action for civil penalties under the Private Attorney General Act.

4. **Settlement of the Actions.** On November 13, 2019, the parties to the Actions jointly mediated with mediator Steven Serratore. After the mediation, the parties reached a class and collective settlement of all claims in the Actions (the "Settlement"). Paragraph 46 of the Stipulation of Class, Collective, and Representative Action Settlement and Release [1] (the "Settlement Agreement") provided that Tobar and Heard's claims in this action would be added to an Amended Complaint to be filed in *Sanchez I*.[2] Paragraph 74(d) of the Settlement Agreement provided that this action would be dismissed with prejudice upon final approval of the settlement in *Sanchez I*.

5. **Approval of the Settlement.** On September 8, 2020, the Kern County Superior Court granted preliminary approval of the Settlement of the Actions.[3] On January 1, 2021, Phoenix Class Action Administration Solutions mailed notice of the Settlement to 977 individuals. No individuals objected or opted out of participating in the settlement. On April 13, 2021, the Kern County Superior Court

---

[1] The Stipulation of Class, Collective, and Representative Action Settlement and Release is attached hereto as Exhibit A.
[2] The First Amended Class and Collective Action Complaint filed in *Sanchez I* is attached hereto as Exhibit B.
[3] The order granting preliminary approval is attached hereto as Exhibit C.

held a hearing on and granted final approval of the settlement.[4]

THEREFORE, PURSUANT TO PARAGRAPH 74(d) OF THE STIPULATION OF CLASS, COLLECTIVE, AND REPRESENTATIVE ACTION SETTLEMENT AND RELEASE AND THE ORDER OF FINAL APPROVAL AND JUDGMENT ENTERED IN *SANCHEZ I*, IT IS HEREBY STIPULATED that this action be and hereby is dismissed in its entirety *with prejudice* pursuant to Rules 23(e) and 41(a)(2) of the Federal Rules of Civil Procedure, with each side to bear its/his own costs and attorneys' fees except as provided in the Settlement Agreement.

**IT IS SO STIPULATED.**

Dated: July 2, 2021　　　　　　　SHAKOURI LAW FIRM

By: /s/ Ashkan Shakouri
Ashkan Shakouri
Attorneys for Plaintiffs
MANUEL TOBAR and
CHRISTOPHER HEARD

Dated: July 2, 2021　　　　　　　WINSTON & STRAWN LLP

By: /s/ Jason S. Campbell
Laura R. Petroff
Emilie C. Woodhead
Jason S. Campbell
Attorneys for Defendant
SUNPOWER CORPORATION

---

[4] The Order of Final Approval and Judgment is attached hereto as Exhibit D.