1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MANUEL TOBAR, an individual; CHRISTOPHER HEARD, an individual, on behalf of themselves and all other similarly situated<br><br>PLAINTIFFS,<br><br>vs.<br><br>SUNPOWER CORPORATION, a Delaware corporation; and DOES 1-20, inclusive,<br><br>DEFENDANT. | **Case No. 19-CV-2328-DSF-SK**<br><br>**ORDER DISMISSING ACTION WITH PREJUDICE**<br><br>Complaint Served: April 15, 2019 |

# ORDER

The Court has reviewed the parties' Stipulation of Dismissal with Prejudice Pursuant to Federal Rules of Civil Procedure 23(e) and 41(a)(2) and the attachments thereto and finds good cause to dismiss this action with prejudice pursuant to the settlement of this action.

IT IS HEREBY ORDERED that this action is dismissed in its entirety *with prejudice* pursuant to Rules 23(e) and 41(a)(2) of the Federal Rules of Civil Procedure, with each side to bear its/his own costs and attorneys' fees except as provided in the Settlement Agreement.

**IT IS SO ORDERED.**

Dated: July 19, 2021

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

By: _____
Honorable Dale S. Fischer
United States District Judge